JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENDOZA, <br><br> Petitioner, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Respondent. | Case No. 2:20-cv-06495-JVS-MAA <br><br> **JUDGMENT** |

    Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

    IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: May 24, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE